JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX SILVA | Case No. CV 15-7507 FMO (AJWx) |
|       Plaintiff, | |
|       v. | **JUDGMENT** |
| COUNTY OF LOS ANGELES, <u>et al.</u>, | |
|       Defendants. | |

Pursuant to the Court's Order Re: Pending Motion, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that plaintiff's federal claims are dismissed with prejudice and plaintiff's state law claim is dismissed without prejudice.

Dated this 24th day of January, 2017.

_____
/s/
Fernando M. Olguin
United States District Judge